640

George W. Mason, appellant, v. Casey B. Shelton, appellee. **Gen. No. 39,580.**

Opinion filed November 16, 1937.

Edward L. S. Arkema, for appellant. Jarecki & Brautigam, for appellee; James J. Mejda, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

George W. Faulkner, trading as Faulkner and Company, appellee. v. Victory Mutual Life Insurance Company, appellant. **Gen. No. 39,431.**

Opinion filed November 16, 1937. Rehearing denied December 12, 1937.

William H. Hayes, for appellant. James B. Cashin, for appellee; Thomas P. Harris and Edward B. Toles, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Betty Marech and Joseph Lacina, appellees, v. Steve Zuncich et al., defendants. Appeal of Steve Zuncich et al., appellants. **Gen. No. 39,529.**

Opinion filed November 16, 1937.

B. M. Steiner, for appellants. Wright & Kamin, for appellees; Alfred Kamin, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Louis Heineman, appellee, v. A. J. Mouzakiotis, appellant. **Gen. No. 39,569.**

Opinion filed November 16, 1937.

James J. Fairweather, for appellant. No appearance for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Alfred K. Foreman, receiver Chicago Bank of Commerce, appellee, v. A. L. Martin, appellant. **Gen. No. 39,640.**